AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2019 NOV 19 PM 2: 17

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| United States of America<br>v.<br>MARTIN ESCOBAR<br><br>*Defendant(s)* | Case No.<br><br>**4:19M 6238** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 1, 2018 - May 8, 2019  in the county of  Mahoning  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841<br>Title 18, United States Code, Sections 1347 | - Illegal Trafficking in Controlled Substances<br>- Health Care Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Patricia A. Richardson, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 19, 2019

*Judge's signature*

City and state: Youngstown, Ohio

George J. Limbert, U.S. Magistrate Judge
*Printed name and title*